UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| ASHLEY NICHOLE BERGHEGER, | |
| Plaintiff, | Case No: 4:16-cv-04203-SLD-JEH |
| v. | Honorable Judge Sara L. Darrow |
| COMENITY BANK, | |
| Defendant. | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, ASHLEY NICHOLE BERGHEGER, and the Defendant, COMENITY BANK, through their respective counsel that the above-captioned action is dismissed, with prejudice, against COMENITY BANK, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: April 10, 2017                                     Respectfully Submitted,

**ASHLEY NICHOLE BERGHEGER**            **COMENITY BANK**

/s/ Nathan C. Volheim                                    /s/ James J. Morrissey (*with consent*)
Nathan C. Volheim                                        James J. Morrissey
*Counsel for Plaintiff*                                  *Counsel for Defendant*
Sulaiman Law Group, LTD                                  Pilgrim Christakis LLP
900 Jorie Boulevard, Suite 150                           321 North Clark Street, 26th Floor
Oak Brook, Illinois 60523                                Chicago, IL 60654
Phone: (630) 575-8181                                    Phone: (312) 280-0441
Fax :( 630) 575-8188                                     jmorrissey@pilgrimchristakis.com
nvolheim@sulaimanlaw.com